IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES MICHAEL BIRDSELL<br><br>*Defendant*. | Case: 1:22−mj−00156<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 7/13/2022<br>Description: Complaint W/ Arrest Warrant<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Danielle K. Schnur, being duly sworn, depose and state as follows:

**BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been in this position since June 2015. I currently am assigned to the FBI Washington Field Office (WFO) Child Exploitation and Human Trafficking Task Force (CEHTTF), where I investigate crimes involving the sexual exploitation of children, including but not limited to the production, distribution, transportation, receipt, and possession of child pornography. As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including surveillance techniques, undercover activities, obtaining and analyzing digital records, analyzing stored digital media, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and have participated in the execution of numerous search warrants in support of child exploitation investigations.

2. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the

1

authority of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of Title 18 U.S.C. § 2252(a)(2) and (b)(1) (receipt and attempted receipt of child pornography) and Title 18 U.S.C. § 2252(a)(4)(B) (possession and access with intent to view child pornography) (hereinafter the Target Offenses) have been committed by CHARLES MICHAEL BIRDSELL.

## SUMMARY OF PROBABLE CAUSE

5. On or about March 29, 2021, an FBI Online Covert Employee (OCE) acting in an undercover capacity in Linthicum, Maryland, accessed an identified Wickr group.[1] While in the group, the OCE observed the distribution of several images consistent with child pornography, to include an image of what appeared to be the penetration of a prepubescent female's vagina by an adult's penis. The OCE also observed a Wickr user[2] post a link to a Zoom video chat room. The posting of this Zoom link was documented by the OCE.

6. The OCE accessed the Zoom link on or about March 29, 2021. The link directed the OCE to Zoom meeting room 99699986469 (hereinafter Target Zoom Room) where videos

---

[1] The Wickr group's name is known to law enforcement, but intentionally omitted here to protect ongoing undercover law enforcement operations. The name of the group is related to the sexual exploitation of children, specifically infants and toddlers.
[2] The Wickr user's moniker is known to law enforcement, but intentionally omitted here to protect the integrity of ongoing law enforcement investigations.

consistent with child pornography were streamed on the main screen by an identified Zoom user.[3] Also visible in the Target Zoom Room were the participants of the meeting. Many of these participants had the cameras to their electronic devices turned on and were visible through a series of small windows on the side of the OCE's screen.[4] Several of the participants whose cameras were turned on could be seen fully or partially naked, and some of them were observed masturbating.

7. One such participant in the Target Zoom Room was an individual with the display name "DC". Zoom user "DC" had his camera turned on and his face and body were visible to other participants in the Target Zoom Room. "DC" was observed masturbating on camera.

8. The OCE recorded the activity in the Target Zoom Room. The video was approximately 21 minutes, 56 seconds in duration. Zoom user "DC" was observed on camera at approximately 12 minutes, 34 seconds into the recording of the Target Zoom Room. The user of "DC" appeared to be an adult male, wearing a tank-top shirt, who was naked from the waist down. The male appeared to have a beard and mustache, and was masturbating his penis with his hand. The user appeared to be sitting on a piece of furniture, possibly a bed, next to what appeared to be a small table with a lamp on it. The hue of "DC's" room was a reddish-pink color, possibly due to the lighting in the room.

---

[3] The Zoom user's moniker is known to law enforcement but intentionally omitted here to protect the integrity of ongoing law enforcement investigations.

[4] Only several Zoom participants at a time had their camera feeds displayed to the OCE. However, other Zoom participants were still present in the Target Zoom Room, even though their camera feeds were not displayed. In response to legal process, Zoom provided the timestamps for each time a user entered and exited the Target Zoom Room. As described in greater detail in this Affidavit, Zoom user "DC" was in the Target Zoom Room for approximately 5 minutes, 45 seconds, between approximately 18:58:53 UTC and 19:04:38 UTC, even though "DC's" camera feed was not visible on the OCE's recording during that entire timeframe.

9. During the time "DC" was observed on camera, the video visible to the participants in the Target Zoom Room showed what appeared to be an adult male using his penis to anally penetrate a minor male.

10. At approximately 13 minutes, 2 seconds into the recorded video, "DC's" camera was no longer visible. At approximately 13 minutes, 54 seconds, "DC's" camera was again visible and appeared to depict the same male in a tank-top shirt as described previously. "DC" was still masturbating his penis with his hand. The video playing for the participants in the Target Zoom Room at this time was a continuation of the aforementioned video. At this time, the video specifically showed what appeared to be a minor male, nude from his waist to knees, with his legs in the air. The camera was focused on the minor's anus and scrotum. The male who was anally penetrating the minor appeared to insert a tissue-like item into the minor male child's exposed anus.

11. At approximately 14 minutes, 25 seconds the video switched to a different video clip showing what appeared to be an adult male making a minor male place his mouth on the adult man's penis. Up until approximately 14 minutes, 50 seconds, "DC" was observed masturbating his penis with his hand. Then, "DC" stopped masturbating and appeared to move, potentially to stand up from the bed. At approximately 14 minutes, 51 seconds, "DC's" camera was no longer visible. At approximately 17 minutes, 10 seconds, "DC's" camera was visible again. At this time, the video visible to the Target Zoom Room participants showed what appeared to be a naked male, lying on his back, with a prepubescent male child – nude from the waist down – lying on top of him, with the prepubescent boy's back on the male's chest. The male used his penis to anally penetrate the prepubescent male and used his hand to rub the prepubescent boy's penis. At this time, "DC's" camera showed what appeared to be almost the entirety of the aforementioned male's

4

face,[5] as well as his clothed chest and naked genitals. "DC" was again masturbating his penis with his hand. At approximately 17 minutes, 21 seconds, "DC's" camera was no longer visible and was not visible again during the recording.

12. On or about June 15, 2021, Zoom responded to a subpoena requesting account subscriber information and IP logs for Zoom account "DC". According to Zoom, account "DC" was user ID 16918528 and accessed the Target Zoom Room via IP address 137.83.125.61 (hereinafter Target IP Address) on or about March 29, 2021, at 18:58:53 UTC, and exited the Target Zoom Room on or about March 29, 2021, at 19:04:38 UTC. A search of open-source information indicated the Internet Service Provider (ISP) for the Target IP Address was Starry.

13. On or about July 1, 2021, Starry responded to a subpoena requesting subscriber and service address information for the Target IP Address on or about March 29, 2021, at 18:58:53 UTC and 19:04:38 UTC. According to Starry, the subscriber of the Target IP Address during this time was CHARLES BIRDSELL, with the service address 2120 Vermont Avenue NW, Unit 613, Washington, D.C. (hereinafter the Target Address), associated telephone number 202-491-XXXX,[6] and associated email address cbirdsindc@comcast.net.

14. A comparison of BIRDSELL's District of Columbia Department of Motor Vehicles (DMV) photo to the male visible on Zoom user "DC's" camera leads your affiant to believe they are the same individual.

15. On or about March 10, 2022, Google responded to a subpoena requesting subscriber information and IP logs for email account cbirdsindc@gmail.com. According to Google, the

---

[5] As described in subsequent sections of this Affidavit, it is believed the individual shown on "DC's" camera feed was CHARLES MICHAEL BIRDSELL.
[6] The complete telephone number is known to law enforcement but intentionally omitted here to protect the user's privacy.

subscriber of this account was Chuck Birdsell, and the telephone number associated with this account was 202-491-XXXX, which was the same telephone number provided on the Starry subscriber records for the Target IP Address. Also, according to Google, the recovery email address associated with the Google account was cbirdsindc@comcast.net, which was the same email address provided on the Starry subscriber records for the Target IP Address. A review of the IP logs provided by Google indicated the Target IP Address was used to log in to Google account cbirdsindc@gmail.com as recently as March 10, 2022. Another IP address used to log in to the Google account resolved to ISP MedStar Health in Washington, D.C., which is believed to be BIRDSELL's place of employment based on a review of BIRDSELL's publicly viewable LinkedIn profile. Google also provided billing information for the subscriber, which is consistent with CHARLES BIRDSELL still residing at the Target Address as of March 10, 2022.

16. On or about March 15, 2022, Starry responded to a secondary subpoena requesting subscriber and service address information for the Target IP Address during the time period of March 10, 2022, at 00:11:21 UTC. This IP address log was included in the response from Google regarding cbirdsindc@gmail.com. According to Starry, the subscriber of the Target IP Address at this time was CHARLES BIRDSELL with a service address of the Target Address.

### SEARCH WARRANT AT BIRDSELL'S RESIDENCE

17. On March 31, 2022, law enforcement executed a federal search warrant[7] at the Target Address. BIRDSELL came to the front door of the Target Address dressed in a manner consistent with how he was observed in the Target Address, specifically a tank top shirt and no pants. During the execution of the search warrant, two laptops were observed on the bed in the bedroom, one of which appeared to be connected to a video camera that was signed in to a Zoom

---

[7] 22-SW-79 issued by the United States District Court for the District of Columbia.

video room.  Several other individuals in the Zoom room had usernames consistent with having a sexual interest in children.  The furniture and reddish lighting of the bedroom was consistent with the bedroom furniture and lighting observed in the Target Zoom Room.

18.   Law enforcement seized approximately 10 items, including several electronic devices.  One such electronic device was an iPad, S/N DMQZ46MWMF3M (hereinafter "the iPad").  A preliminary review of the iPad revealed approximately three videos and seven images consistent with child pornography, several of which are explained in greater detail below.  A preliminary review of the iPad revealed Telegram communications between user 755737172 with the display name "DC FBud" and Telegram user 1230179489, with no visible display name, between approximately December 29, 2020 – January 1, 2021.  Telegram user "DC FBud" was associated with the "owner" of the iPad.  The following communications were exchanged:

| Date | User | Message |
|---|---|---|
| (12/29/2020) | 1230179489: | Hey |
|  | 755737172 (DC FBud): | hey hey[8]<br>probably too soon in our relationship, but i woud love to have that one vid. |
|  | 1230179489: | Soon my ass, which one are you talking about my baby |
| (12/30/2020) | 755737172 (DC FBud): | where the boy kept grapping the cock and trying to put it up his hole |
| (12/31/2020) | 1230179489: | [A video approximately 48 seconds in duration depicting what appears to be a nude prepubescent male lying on his back.  An adult's penis is inserted into the minor's anus.  The video file name is VID_20201226_030851_467.]<br>This boy? |
| (1/1/2021) | 755737172 (DC FBud): | YES!  thaank you! |

---

[8] All communications are presented as observed, to include any typos and grammatical errors.

19. Also located on the iPad were Telegram communications between user 755737172 with display name "DC FBud," and Telegram user 1343906811, with no visible display name. Between approximately August 1, 2020 - August 4, 2020, the following conversation occurred:

| | |
|---|---|
| 1343906811: | Hey wuts up |
| 755737172 (DC FBud): | It's Saturday. So just being lazy.<br>HBU |
| 1343906811: | I been dragging all day and all night |
| 755737172 (DC FBud): | "dragging"? |
| 1343906811: | Oh shit I meant jacking ...damn spell checker<br>Been running around like crazy but back at it masterbating to yung boys here at home again<br>Lol<br>[A video approximately 1 minute, 43 seconds in duration depicting what appears to be a prepubescent male nude from the waist down. An adult male's penis is inserted into the minor's anus.] |
| 755737172 (DC FBud): | hey |
| 1343906811: | Wuts up sexy |
| 755737172 (DC FBud): | rubbimg one out before going to work<br>hot! |
| 1343906811: | Always the best thing before doing anything |
| 755737172 (DC FBud): | EXACTLY |
| 1343906811: | When r we gna go on raping spree ? |
| 755737172 (DC FBud): | and like peanut butter & jelly, can't do it without smoking |
| 1343906811: | I know that's right |
| 755737172 (DC FBud): | Ha. I'm a lover not a rapist<br>this vid is so fucking hot! |
| 1343906811: | It is that's how ur cocknwould make his hole look |

      755737172 (DC FBud):     so beautiful!

    20.    A preliminary review of the iPad revealed several user accounts believed to be associated with BIRDSELL, including the Apple ID cbirdsindc@comcast.net, the Gmail account cbirdsindc@gmail.com, and a New York Times account with email address charles.m.birdsell@medstar.net. A booking.com user profile was located, with the name Charles Birdsell, email address cbirdsindc@comcast.net, and telephone number 202-491-XXXX. A Dropbox account user profile in the name Chuck Birdsell with email address cbirdsindc@gmail.com was also located. A Telegram account with display name DC FBud, username DCPervToo, ID number 755737172, and telephone number 202-491-XXXX was also located on the iPad. There were also several hundred images depicting a male believed to be BIRDSELL located on the iPad.

    21.    Another seized electronic device was a Macbook laptop, S/N C02YRCEZLVDC (hereinafter "the laptop"), which was one of the aforementioned laptops found on the bed in BIRDSELL's bedroom. A preliminary review of the laptop yielded over approximately 30 videos and 10 images consistent with child pornography. Descriptions of some of these videos are presented below:

        a. One video, titled "VID_20201226_030851_467 copy.mp4", is the same[9] 48-second-long video previously described as being found in the Telegram messages on the iPad. This video was located on the laptop in the "Movies" folder of the user profile for "chuckbirdsell" (i.e. Users\chuckbirdsell\Movies\VID_20201226_030851_467 copy.mp4). The file

---

[9] Both videos have the same MD5 hash value.

was created on the laptop on or about January 1, 2021, which is consistent with when Telegram account 755737172 (DC FBud) acknowledged receiving the video on the iPad.

b. One video, titled "4yoBJdad.mp4"[10], is approximately 3 minutes, 4 seconds in duration. The video depicts what appears to be an adult male placing his mouth on a prepubescent male's penis. The video was located in the "Downloads" folder of the user profile for "chuckbirdsell" (i.e. Users\chuckbirdsell\Downloads\4yoBJdad.mp4). The file was created on or about February 5, 2021.

c. Another video, titled "[boy+man] XXXXX4.mp4"[11], is approximately 6 minutes, 52 seconds in duration. The video depicts what appears to be a prepubescent male, fully nude on a bed on his hands and knees. At one point, the camera zooms in to focus on his nude anus and genitals. An adult male enters the frame and appears to handcuff the minor male's wrists and place a gag over the child's mouth. The adult male then removes his shorts and appears to insert his penis into the child's anus. This video was located at the following file path: Users\chuckbirdsell\Dropbox\My Mac (Charles's MacBook Pro)\Downloads\[boy+man] XXXXX4.mp4.[12]

22. Several of the videos found under the "chuckbirdsell" user profile included references to the sexual exploitation of children in the file names, such as "12yo boy takes my load

---

[10] Based on your Affiant's training and experience, 4yo is known to be an abbreviation for "4-year-old" and "BJ" is known to be an abbreviation for blowjob.
[11] A portion of the video title has been replaced by XXXXX to redact what may be the minor victim's name in an effort to protect the minor victim's privacy.
[12] A portion of the video title has been replaced by XXXXX to redact what may be the minor victim's name in an effort to protect the minor victim's privacy.

up his ass (2008) copy.avi," which is a video approximately 5 minutes, 23 seconds in duration, that depicts what appears to be an adult male using his penis to penetrate the anus of a nude minor male.

23. Also found on the laptop was account information for Dropbox, Mega, and Google associated with email address cbirdsindc@gmail.com, an Apple account associated with email address cbirdsindc@comcast.net, and a Facebook account associated with telephone number 202-491-XXXX.

24. Another electronic device seized from the Target Address, a SanDisk 1 TB external solid-state drive (SSD), was found connected to the laptop. A preliminary review of the SSD yielded over approximately 200 videos consistent with child pornography. A summary of several of these videos is presented below:

    a. One video, titled "20160721_170858.mp4," is approximately 29 minutes, 16 seconds in duration. The video depicts what appears to be a prepubescent male, lying fully nude on his back with a blindfold covering his eyes. What appears to be an adult male penis penetrates the child's anus while a second penis is inserted into the child's mouth.

    b. Another video, titled "[boy+man] XXXXX4.mp4,"[13] which was also found on the laptop and previously described in Paragraph 22 of this affidavit.

    c. Another video, titled "261.mpg," is approximately 2 minutes, 31 seconds in duration. The video depicts what appears to be a minor male, lying fully nude on a bed, engaging in actual or simulated masturbation. The minor boy's feet are

---

[13] A portion of the video title has been replaced by XXXXX to redact what may be the juvenile victim's name in an effort to protect the minor victim's privacy.

11

        bound in restraints, his wrists are restrained in front of him, and a ball-gag is inserted in his mouth.

    d. Another video, titled "Movi boy & dad.avi," is approximately 39 minutes, 51 seconds in duration. The video depicts what appears to be an adult male masturbating the penises of two prepubescent male children. The video also depicts what appears to be an adult male inserting his penis into the anus of one of the prepubescent male children. The video also appears to depict the adult male inserting his penis into the mouth of one of the prepubescent boys.

25. Several of the videos included references to the sexual exploitation of children in the file names, such as "[MB] Primer Sabado - man sucks 7yo cousin in bathroom and makes out with him (HOT!).3gp,"[14] which is an approximately 5-minute-long video depicting what appears to be an adult male placing his mouth on a prepubescent male's penis. What appears to be an adult penis is then inserted into the prepubescent boy's mouth. Another example is "11 yo naked boy ass fucked by his man(2).flv," which is an approximately 4 minute, 38 second long video depicting what appears to be an adult man, completely naked, masturbating his penis against and penetrating a nude minor male's anus.

26. Also found on the SSD was a photo depicting a male who appeared consistent with CHARLES BIRDSELL (IMG_1161.jpg). A review of the exif data associated with the image indicates it was taken with an iPhone 6 at a location at or near the Target Address. Also found on the SSD was what appears to be a screenshot of a Zoom room, that shows adult males masturbating (Screenshot 2021-12-04 11.18.50 PM.png). One of the visible users appears to be an adult male in a black tank top, masturbating his penis with his hand and using the Zoom username "DCFBud."

---

[14] The phrase "yo" is a known abbreviation for "years old".

The bottom portion of the male's face is visible to the camera. The male and the bed frame visible in the picture appear consistent with CHARLES BIRDSELL and BIRDSELL's bedroom setup in the Target Address. Your Affiant notes that "DCFBud" is similar to the Telegram username "DC FBud" found on the iPad

## INTERVIEW OF CHARLES BIRDSELL

27. Law enforcement interviewed BIRDSELL during the execution of the search warrant at the Target Address. During the interview, BIRDSELL admitted that he has lived at the Target Address for approximately seven years, and that he has always lived alone at the residence. BIRDSELL confirmed that his cellular telephone number is 202-491-XXXX, the same telephone number described earlier in this affidavit, and he confirmed that his email address is cbirdsindc@gmail.com. BIRDSELL advised that his home Wi-Fi network is and has always been password protected. BIRDSELL confirmed he was actively live-streaming himself in a Zoom room when law enforcement arrived.

## CONCLUSION

28. Based upon the above information, I respectfully submit there is probable cause to believe that BIRDSELL received and attempted to receive child pornography, in violation of Title 18 U.S.C. § 2252(a)(2) and (b)(1), on or about and between December 29, 2020 and January 1, 2021; possessed child pornography, in violation of Title 18 U.S.C. § 2252(a)(4)(B), between on or about August 4, 2020 and March 31, 2022, and accessed with intent to view child pornography, in violation of Title 18 U.S.C. § 2252(a)(4)(B), on or about March 29, 2021. I therefore respectfully request that the Court issue an arrest warrant for BIRDSELL for these offenses.

Respectfully submitted,

_____
Danielle K. Schnur
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me by reliable telephonic means
pursuant to Fed. R. Crim. P. 4.1 this 13th day of July, 2022.

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE