AO 442 (Rev. 11/11) Arrest Warrant

11447632

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM2:19
RECEIVED JUL 19 '22

| United States of America | ) |
| v. | ) Case: 1:22-mj-00156 |
| Charles Michael Birdsell | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 7/13/2022 |
|  | ) Description: Complaint W/ Arrest Warrant |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Charles Michael Birdsell   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) and (b)(1) (receipt and attempted receipt of child pornography) ;
18 U.S.C. § 2252(a)(4)(B) (possession and access with intent to view child pornography) .

Date:     07/13/2022

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2022.07.13 11:37:14 -04'00'

City and state:     Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/13/22, and the person was arrested on *(date)* 7/15/22
at *(city and state)* Washington DC.

Date: 7/13/22

*Arresting officer's signature*

Michael Tantillo DUSM
*Printed name and title*