## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on February 14, 2022**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| CHARLES BIRDSELL, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 2252(a)(2), (b)(1) |
| Defendant. | : | (Receipt and Attempted Receipt of Child |
| | : | Pornography) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| | : | (Possession of Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| | : | (Access With Intent to View Child |
| | : | Pornography) |
| | : | |
| | : | FORFEITURE: 21 U.S.C. § 853(p) and |
| | : | 18 U.S.C. § 2253 |

## I N D I C T M E N T

The Grand Jury Charges that:

## COUNT ONE

Between on or about December 29, 2020 and January 1, 2021, within the District of
Columbia, the defendant, **CHARLES BIRDSELL**, did knowingly receive any visual depiction,
and attempted to do so, using any means and facility of interstate and foreign commerce, and that
has been shipped and transported in and affecting interstate and foreign commerce, by any means

including by computer, and the production of such visual depiction involved the use of a minor

engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Receipt and Attempted Receipt of Child Pornography**, in violation of Title 18, United
States Code, Sections 2252(a)(2), (b)(1))

## COUNT TWO

Between on or about August 4, 2020 and March 31, 2022, within the District of Columbia,

the defendant, **CHARLES BIRDSELL**, did knowingly possess one or more images that contain

any visual depiction that has been mailed and shipped and transported using any means and facility

of interstate commerce and in and affecting interstate commerce, and which was produced using

materials that had been mailed and shipped and transported using any means and facility of

interstate commerce, by any means, including by computer, and the production of such visual

depiction involved the use of a minor engaging in sexually explicit conduct and such visual

depiction is of such conduct.

**(Possession of Child Pornography**, in violation of Title 18, United States Code, Section
2252(a)(4)(B))

## COUNT THREE

On or about March 29, 2021, within the District of Columbia, the defendant, **CHARLES**

**BIRDSELL**, did knowingly access with to intent to view one or more images that contain any

visual depiction that has been mailed and shipped and transported using any means and facility of

interstate commerce and in and affecting interstate commerce, and which was produced using

materials that had been mailed and shipped and transported using any means and facility of

interstate commerce, by any means, including by computer, and the production of such visual

depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Access with Intent to View Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Counts One through Three of this Indictment, the defendant, **CHARLES BIRDSELL**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

Attorney of the United States
and for the District of Columbia

4